UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 NOV -7 PM 2: 24

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR0115-BEN |
| Plaintiff, | DEPUTY |
| vs. | **JUDGMENT OF DISMISSAL** |
| AGUSTIN MOLINA AYON (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

TITLE 21 U.S.C. §841(a)(1), TITLE 21 U.S.C. §952 and 960.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 6, 2012

Hon. Roger T. Benitez
U.S. District Judge